NUMBER 13-17-00159-CR


# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JONATHAN PAUL WOMACK,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

On appeal from the County Court
of Goliad County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Hinojosa
### Memorandum Opinion by Justice Rodriguez

This appeal was abated by this Court on February 1, 2018, because appellant's brief was not filed. This cause is now before the Court on appellant's motion to dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The motion to dismiss appeal filed by counsel contains an attachment signed by appellant. Appellant states he no longer wishes to continue with the appeal and would

like to withdraw his appeal. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
15th day of March, 2018.